UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7563

ROBERT A. CUFFEE,

Plaintiff - Appellant,

versus

SERGEANT LUKER, Corrections Officer; DOCTOR
REESE; DOCTOR OBER,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-02-678)

Submitted: January 15, 2004        Decided:  January 28, 2004

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert A. Cuffee, Appellant Pro Se. William W. Muse, Assistant
Attorney General, Richmond, Virginia; Carlene Booth Johnson, PERRY
& WINDELS, Dillwyn, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert A. Cuffee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cuffee v. Luker, No. CA-02-678 (W.D. Va. July 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED